UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CV-149-F

| | | |
|---|---|---|
| In re STEVEN E. HIGHT, | ) | |
| | ) | **ORDER** |
| Attorney of Record for | ) | |
| Dustin Boykin. | ) | |

The court has received and reviewed Attorney Steven E. Hight's Response to the Order to Show Cause [DE-1] issued on March 22, 2012, and finds that he has demonstrated good cause for his failure to appear in the matter of *United States v. Dustin Boykin, No. 5:10-CR-116-1F*. Accordingly, this matter is DISMISSED. The court cautions that any further oversight may subject counsel to civil and/or criminal contempt.

SO ORDERED.

This the 28th day of March, 2012.

JAMES C. FOX
Senior United States District Judge